**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00336-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     BERNARDINO GARCIA-PASTRANA,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 12 - filed July 21, 2010), the status hearing regarding Defendant Garcia-Pastrana **Friday, July 23, 2010 is VACATED.**

     This will further confirm that a change of plea hearing is set **Monday, August 23, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: July 22, 2010