IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00336-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      BERNARDINO GARCIA-PASTRANA,

       Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a further status hearing regarding Defendant Garcia-Pastrana is set **Wednesday, September 29, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

      Defendant's Motion to Withdraw (Doc 14) is GRANTED.

Dated: August 30, 2010