**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00336-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     BERNARDINO GARCIA-PASTRANA,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a change of plea hearing regarding Defendant Garcia-Pastrana is set **Friday, October 8, 2010 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: September 30, 2010