IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00336-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     BERNARDINO GARCIA-PASTRANA,

       Defendant.

_____

MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that the sentencing hearing regarding Defendant Garcia-Pastrana
is set **Tuesday, January 11, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers
United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be
present. An interpreter is required.


Dated: October 12, 2010

_____